# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SIMON CLOPTON and MOLLY AECK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | DOCKET NO.: 1:19-cv-01728-CAP |
| BIRD RIDES, INC. d/b/a BIRD | ) ) ) | |
| Defendant. | ) | |

_____

## PLAINTIFFS' NOTICE OF FILING

COME NOW Plaintiffs Simon Clopton and Molly Aeck and give notice that they will be manually filing a copy of the video of the January 11, 2019 incident in support of Plaintiffs' Motion to Compel Discovery from Defendant by delivering a copy of the video to the Clerk's office on a compact disc. This video depicts the scooter ridden by Plaintiff Simon Clopton that is the subject of Plaintiffs' Motion to Compel Discovery from Defendant.

Respectfully submitted this 22nd day of October, 2019.

/s/ Louis Levenson
LOUIS LEVENSON
Georgia Bar No. 447938
GEORGE LOTT
Georgia Bar No. 820219
*Attorneys for Plaintiffs*

LEVENSON & ASSOCIATES
125 Broad Street, SW
Atlanta, Georgia 30303
(404) 659-5000
(404) 659-1355 *facsimile*
Louis@levensonlaw.com
George@levensonlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **PLAINTIFFS' NOTICE OF FILING** via the Court's CM/ECF system and through the United States mail upon:

Jeffrey P. Raasch
Vernis & Bowling of Atlanta, LLC
30 Perimeter Park Drive, Suite 200
Atlanta, Georgia 30341

Respectfully submitted this 22nd day of October, 2019.

/s/ Louis Levenson
LOUIS LEVENSON
Georgia Bar No. 447938
GEORGE LOTT
Georgia Bar No. 820219
*Attorneys for Plaintiffs*

LEVENSON & ASSOCIATES
125 Broad Street, SW
Atlanta, Georgia 30303
(404) 659-5000
(404) 659-1355 *facsimile*
Louis@levensonlaw.com
George@levensonlaw.com

## FONT CERTIFICATION

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiffs Simon Clopton and Molly Aeck certifies that this pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 22nd day of October, 2019.

/s/ Louis Levenson
LOUIS LEVENSON
Georgia Bar No. 447938
GEORGE LOTT
Georgia Bar No. 820219
*Attorneys for Plaintiffs*

LEVENSON & ASSOCIATES
125 Broad Street, SW
Atlanta, Georgia 30303
(404) 659-5000
(404) 659-1355 *facsimile*
Louis@levensonlaw.com
George@levensonlaw.com